1388

A. G. Paul, Jr., Appellant, v. Greenleaf & Crosby Company, Appellee.

*James P. Hill, Jr.,* for Appellant;

*Smith & Kavanaugh,* for Appellee.

Geneva L. Fuller &c., Appellant, v. Francis Louise Burrus, et al., Appellees.

*Zach H. Douglas* and *Thomas W. Fielding,* for Appellant.

First Securities Corporation, Appellant; v. W. E. Jordan, Individually and as Trustee, Appellee.

*B. F. Brass* and *Gardiner & Gardiner,* for Appellant.